**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 2 2016

JAMES W. MCCORMACK, CLERK
By: _MEANOUT_
          **DEP CLERK**

In The United States District Court

For The Eastern District Of Arkansas

Western Division

Case No. 4:16CV583-BRW-JTK

This case assigned to District Judge **Wilson**
and to Magistrate Judge **Kearney**

Jury Trial: ✓ Yes ___ No

**I. Parties**

A. - Name of plaintiff: Thomas Ray Rambo

ADC # 510 480

Address: 801 Locust Street

B. Name of defendant: Monte Munyuwa

Position: Nurse

Place of employment: Faulkner County Detention Center Unit 1

Address: 801 Locust St.

Name of defendant: Garry Stewart

Position: Doctor

Place of employment: Faulkner County Detention Center Unit 1

Address: 801 Locust St.

**II. Are you suing the defendants in:**

___ Official capacity only

___ Personal capacity only

✓ Both official and personal capacity

1 of 4

III. Previous Lawsuits
A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

___ Yes ✓ No

IV Place of present confinement:
Faulkner County Detention Center (Unit 1)

V At the time of the alleged incident(s), were you:
✓ in jail and still awaiting trial on pending criminal charges.
___ serving a sentence as a result of a judgement of conviction
___ in jail for other reasons (e.g., alleged probation violation, etc) explain:

VII Did you file a grievance or grievances presenting the facts set forth in this complaint?
✓ Yes ___ No
Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
Yes

2 of 4

VII
## Statement of Claim

On July 17, 2016, I had a Epileptic Siezure. During the time of this siezure, I hit my head on a metal table causing a laceration on my Forehead about 1" inch long it was cut all the way down to Bone. C.O. Haney and C.O. Hurt Told the Jail Nurse. I needed to be sent For stitches. I was Denied by the Jail nurse monte munyan and Dr. stewart Leaving me with a permenant scar on my Face that still hurts and is puffed out Real bad. They are still Failing To provide me with addequate medical care.

The actions of these two defendants constituted Deliberte Indifferance To my serious medical care needs In violation of the US Constitution under the 8th amendment and the state tort of medical malpractice under Ark medical malpractice act.

VIII  Relief
State briefly exactly what you want the court to
do for you. Make no legal argument. Cite no cases
or statutes.
  Punitive - $ 500,000.00
  Compensorly - $ 500,000.00
  Injunctive Relief


I declare under penalty of perjury (18 U.S.C. 1621)
that the foregoing is true and correct.


    Executed on this __10__ day of ~~August~~, 20__16__.


                              Thomas Rambo
                              Thomas Rambo
                              Signature of Plaintiff(s)

4 of 4