IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS RAY RAMBO,     PLAINTIFF
ADC #510480

v.     4:16CV00583-JTK

MONTE MUNYAN, et al.     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of July, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1